# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                         NO. 2021 KW 0753

VERSUS

DEVIN BAHAM                                               **OCTOBER 1, 2021**

---

In Re:    Devin Baham, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          534,157.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**  Relator has failed to
carry his burden of proving that he was convicted by a
nonunanimous jury verdict.  See La. Code Crim. P. art. 930.2.

                         **PMc**
                         **JEW**
                         **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
         DEPUTY CLERK OF COURT
            FOR THE COURT